THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NICOLE MARTINEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign profit corporation, DBA Safeway Store, #1477, and "JOHN DOE" ENTITIES I-V, jointly and severally,<br><br>            Defendants. | NO. 2:23-cv-01983-TL<br><br>ORDER GRANTING STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON CALENDAR MOTION: FEBRUARY 27, 2024 |

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on the parties Stipulated Motion and Order for Withdrawal and Substitution of Counsel. The Court having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that John T. Kugler of Turner Kugler Law, PLLC, is hereby withdrawn as counsel of record for Defendant Safeway, Inc. dba Safeway Store, #1477 and William J. Leedom and David M. Norman of Bennett Bigelow and Leedom, P.S. are hereby substituted as counsel of record for Defendant Safeway, Inc. dba Safeway Store, #1477 and request that all further pleadings herein, exclusive of process, be served upon said attorneys at the office address below stated.

DATED this 27th day of February, 2024.

_____
Tana Lin
United States District Judge