UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE MARTINEZ,<br><br>    Plaintiff,<br> v.<br><br>SAFEWAY, INC., a foreign profit corporation, DBA Safeway Store, #1477, and "John Doe" Entities I–V, jointly and severally,<br><br>    Defendants. | CASE NO. 2:23-cv-01983-TL<br><br>ORDER ON STIPULATED MOTION TO CONTINUE TRIAL |

This matter is before the Court on the Parties' Stipulated Motion to Continue Trial Date and for Amended Case Scheduling Order. Dkt. No. 25. Having reviewed the relevant record, the Court GRANTS IN PART and DENIES IN PART the motion as follows:

(1) The following pretrial deadlines are RESET:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Disclosure of Expert Testimony | January 10, 2025 | May 16, 2025 |

ORDER ON STIPULATED MOTION TO CONTINUE TRIAL - 1

| Disclosure of Rebuttal Expert Testimony | February 10, 2025 | June 20, 2025 |
|---|---|---|
| Discovery Motion filing deadline | February 10, 2025 | June 27, 2025 |
| Discovery completion deadline | March 10, 2025 | July 18, 2025 |

(2)   All other pretrial deadlines, and the trial date, are STRICKEN.

(3)   The Parties are ORDERED to submit, **within fourteen (14) days** of this Order, a joint report with their availability for trial through mid-2026. A further Order setting the remaining pretrial deadlines and the trial date will be forthcoming.

Dated this 13th day of January 2025.

Tana Lin
United States District Judge