UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE MARTINEZ<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign profit corporation, DBA Safeway Store, #1477, and "JOHN DOE" ENTITIES I-V, jointly and severally,<br><br>    Defendants. | Civil Action No. 2:23-cv-01983-TL<br><br>[PROPOSED] ORDER REVISING THE PRETRIAL SCHEDULE<br><br>NOTE ON MOTION CALENDAR<br>Friday, May 02, 2025 |

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on the Parties' Stipulated Motion to Extend the Deadline for Disclosure of Expert Testimony and Revise the Corresponding Pretrial Schedule. The Court, having reviewed the Parties' Stipulated Motion:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Parties' Stipulated Motion to Extend Expert Disclosure Deadline and Revise the Corresponding Pretrial Schedule is GRANTED.

The Court hereby ORDERS the following revised pretrial schedule:

| EVENT | DATE |
|---|---|
| JURY TRIAL SET FOR 09:00 AM ON | 03/02/2026 |
| Length of trial | 5 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 07/02/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 08/02/2025 |
| All motions related to discovery must be filed by | 08/15/2025 |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE AND REVISE PRETRIAL CALENDAR - Page 1
2:23-cv-01983-TL

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
T: (206) 448-1992
F: (206) 448-4640

| EVENT | DATE |
|---|---|
| Discovery completed by | 09/02/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | 09/19/2025 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 12/02/2025 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 01/05/2026 |
| All motions in limine must be filed by | 01/26/2026 |
| Agreed LCR 16.1 Pretrial Order due | 02/09/2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 02/13/2026 |
| Pretrial Conference scheduled for 01:00 pm on | 02/20/2026 |

The Court further ORDERS that all other dates and terms of the Court's February 4, 2025 Order Resetting Jury Trial Date and Related Dates remain.

**DATED** May 5, 2025.

_____
Honorable Tana Lin
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE AND REVISE PRETRIAL CALENDAR - Page 2
2:23-cv-01983-TL

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
T: (206) 448-1992
F: (206) 448-4640

Submitted by:

GLP ATTORNEYS, PS, INC.

By s/ Sarah Fleming
    Sarah Fleming, WSBA No. 43304
2601 4th Avenue, Floor 6
Seattle, Washington 98121-1287
Telephone: (206) 388-1375
Email: sfleming@glpattorneys.com
Attorneys for Plaintiff

BENNETT BIGELOW & LEEDOM, P.S.

By s/ Aaron P. Gilligan
    Aaron P. Gilligan, WSBA No. 29614
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: agilligan@bbllaw.com
Attorneys for Defendants

BENNETT BIGELOW & LEEDOM, P.S.

By s/ David M. Norman
    David M. Norman, WSBA No. 40564
    Aaron P. Gilligan, WSBA #29614
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: dnorman@bbllaw.com
Attorneys for Defendants

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE AND REVISE PRETRIAL CALENDAR - Page 3
2:23-cv-01983-TL

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
T: (206) 448-1992
F: (206) 448-4640

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Julia Poit
Julia Poit, Paralegal for GLP Attorneys

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE AND REVISE PRETRIAL CALENDAR - Page 4
2:23-cv-01983-TL

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
T: (206) 448-1992
F: (206) 448-4640